ANTHONY J. PASSALACQUA, Plaintiff, and FLORENCE PASSALACQUA, Respondent, v. WILLIAM H. DRAPER, JR., as Successor Trustee of the Long Island Rail Road Company, Appellant, et al., Defendants.—

(*Landwehr* v. *Barbas*, 241 App. Div. 769, affd. 270 N. Y. 537.) Leave is hereby granted to respondent to appeal to the Court of Appeals. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur. [199 Misc. 827.]